UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rahmel Nash

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR-   ( 327 ) ( )

Defendant ___ Rahmel Nash _____ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_x__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

Rahmel Nash   *DAH*
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_Rahmel Nash_____

Print Defendant's Name

Daniel A. Hochheiser_____

Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/10/2020_____
Date

__Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge