UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
v.                                :    **ORDER**
RAHMEL NASH; and                  :    20 CR 327 (VB)
FRANK DELORENZO,                  :
               Defendants.    :
------------------------------------------------------------x

**An initial conference in this matter is scheduled for July 20, 2020, at 12:00 p.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants, after consultation with counsel, waive their right to be physically present and consent to appear by telephone.

Accordingly, it is hereby ORDERED:

1. By <u>July 15, 2020</u>, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

    **Access Code:**    1703567

Dated: July 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge