UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :        **ORDER**
                                :
RAHMEL NASH; and                :        20 CR 327 (VB)
FRANK DELORENZO,                :
            Defendants.         :
----------------------------------------------------------------x

The telephonic status conference in this matter currently scheduled for September 21, 2020, at 12:00 p.m., has been re-scheduled for September 21, 2020, at **11:00 a.m.**

At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:**    **(888) 363-4749 (toll free)** or **(215) 446-3662**

**Access Code:**    1703567

Dated: September 15, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge