USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/20

# LAW OFFICES OF JAMES R. DEVITA, PLLC

> Mr. DeVita's application to be relieved as counsel is GRANTED with the profound thanks of the Court for his long and distinguished service on the CJA panel. The Court anticipates appointing Joseph Vita, Esq., as defendant DeLorenzo's new CJA counsel. Both Mr. DeVita and Mr. Vita should attend the telephone conference scheduled for 9/21/2020 at 11:00 a.m.
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> Vincent L. Briccetti, U.S.D.J.          9/18/2020

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>United States v. Rahmel Nash and Frank DeLorenzo</u> 20 Cr. 327 (VB)

Dear Judge Briccetti:

    I am writing to request that I be relieved as counsel to defendant Frank DeLorenzo in this matter and that new counsel be assigned under the Criminal Justice Act. I have decided to retire from the practice of law as of December 31, 2020. It appears highly unlikely that this case will be completed by then, and I believe it is in Mr. DeLorenzo's best interest to have new counsel assigned at this time rather than in January so that he and his new attorney have time to work together, develop the attorney client relationship, and determine the appropriate approach to the case.

                              Respectfully submitted,

                              s/ James R. DeVita

                              James R. DeVita

cc:    Lindsey Keenan, Assistant United States Attorney (by ECF)
        Daniel Hochheiser, Esq. (by ECF)