UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :

v.                                               :      **ORDER**

RAHMEL NASH; and                  :      20 CR 327 (VB)
FRANK DELORENZO,               :
               Defendants.       :
------------------------------------------------------------x

**A status conference in this matter is scheduled for December 3, 2020, at 11:00 a.m.**

Because of the current public health emergency, the Court will conduct the conference by telephone conference call provided that defendants, after consultation with counsel, waive their right to be physically present and consent to appear by telephone.

Accordingly, it is hereby ORDERED:

1. By November 19, 2020, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled conference, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

    **Access Code:**    1703567

Dated: September 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge