UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
v.                                :    **ORDER**
RAHMEL NASH and FRANK DELORENZO,  :    20 CR 327 (VB)
                    Defendants.   :
--------------------------------------------------------------x

    A proceeding in the above matter is scheduled for May 7, 2021, at 3:00 p.m. The Court expects to conduct this proceeding in person in the Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

1

At today's pretrial conference, the Court set the following briefing schedule for pretrial motions:

1. Defendants' motions, if any, shall be filed by March 2, 2021.

2. The government's opposition shall be filed by March 23, 2021.

3. Defendants' reply, if any, shall be filed by April 6, 2021.

4. Absent prior permission, sur-reply papers will not be accepted.

Dated: December 3, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge