UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Rahmel Nash

                            Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 CR 327 VB

Defendant __Rahmel Nash___ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x_    Change of Plea Proceeding before Hon. Vincent L. Briccetti

_Rahmel Nash (by VB) DAH_            _[signature]_
Rahmel Nash
Defendant's Signature            Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Rahmel Nash            Daniel A. Hochheiser
Print Defendant's Name            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_3/15/21_            _[signature]_
Date            U.S. District Judge/~~U.S. Magistrate Judge~~