# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 3, 2021

Via ECF
Hon. Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   USA v. Rahmel Nash, 20 CR 327 VB
      Request for Adjournment of Sentence

Your Honor:

The sentence for Rahmel Nash is scheduled for June 17, 2021 at 3pm. Nash requests an adjournment of sentence until a date on or after July 14, 2021. This request is made because the mitigation specialist assisting the defense in this matter needs more time to complete her work, and also because a final PSR has not yet been issued.

Accordingly, Nash requests an adjournment of sentence until a date on or after July 14, 2021 to ensure sufficient time for the defense to present the Court with fully developed arguments in support of mitigation, and also to allow sufficient time for counsel to review the final PSR with Nash. I have conferred with AUSA Lindsey Keenan; the Government does not object to this request.

Respectfully submitted,

Daniel A. Hochheiser

Cc:   All counsel via ECF

---

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 6/3/2021
White Plains, NY

Sentencing is adjourned to: 7/21/21 at 3:00 PM.

Defendant's sentencing submission due 10 days before sentencing. Government's sentencing submission due 3 business days before sentencing.